1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13

MONICA ANDREA NELSEN,

No. CV 19-2243 CJC (PLAx)

14

Plaintiff,

**PROTECTIVE ORDER**

15

v.

Honorable Paul L. Abrams
United States Magistrate Judge

16

UNITED STATES OF AMERICA, and
DOES 1 through 10,

17

Defendants.

18
19
20
21
22
23
24
25
26
27
28

1  The Court, having read and considered the parties' Stipulation for Protective

2  Order, and for the reasons stated in the Stipulation as well as for good cause shown,

3  IT IS HEREBY ORDERED that Protected Material, as defined in the Stipulation,

4  may be disclosed by Defendant and used pursuant to and in accordance with the

5  Stipulation.

6  DATED:   November 20, 2020

7

8  HONORABLE PAUL L. ABRAMS
   UNITED STATES MAGISTRATE JUDGE

9

10

11  Presented by,

12  NICOLA T. HANNA
    United States Attorney
13  DAVID M. HARRIS
    Assistant United States Attorney
14  Chief, Civil Division
    JOANNE S. OSINOFF
15  Assistant United States Attorney
    Chief, General Civil Section

16
      /s/ Aaron C.G. Carpenter
17  AARON C.G. CARPENTER
    Assistant United States Attorney
18
    Attorneys for Defendant
19  United States of America

20

21

22

23

24

25

26

27

28

2